# Michigan Department of Corrections
## Offender Movement Report

**MDOC Nbr.:** 612582  
**Offender Name:** THOMPSON, KURTEIZ

**Report Date:** 09/15/2022  
**From:** 7/7/2006  
**To:** 10/19/2018

| Date | Movement Reason | From | To |
|---|---|---|---|
| 10/19/2018 | Discharged from Parole | Wayne/Detroit Metro District/Prob/Par/R | Outside MDOC Jurisdiction |
| 06/21/2018 | Reinstated on Parole While at Large | Outside MDOC Jurisdiction | Wayne/Detroit Metro District/Prob/Par/R |
| 06/21/2018 | Transfer In ... Institutional or Caseload | Detroit Reentry Center | Wayne/Detroit Metro District/Prob/Par/R |
| 06/21/2018 | Transferred Out ... Institutional or Caseload | Detroit Reentry Center | Wayne/Detroit Metro District/Prob/Par/R |
| 03/14/2018 | Transfer In ... Institutional or Caseload | Wayne/Detroit Metro District/Prob/Par/R | Detroit Reentry Center |
| 03/14/2018 | Transferred Out ... Institutional or Caseload | Wayne/Detroit Metro District/Prob/Par/R | Detroit Reentry Center |
| 03/14/2018 | Held Under Custody | Outside MDOC Jurisdiction | Outside MDOC Jurisdiction |
| 03/12/2018 | Absconder from Parole | Wayne/Detroit Metro District/Prob/Par/R | Outside MDOC Jurisdiction |
| 07/25/2017 | Reinstated on Parole While at Large | Outside MDOC Jurisdiction | Wayne/Detroit Metro District/Prob/Par/R |
| 07/25/2017 | Transfer In ... Institutional or Caseload | Detroit Reentry Center | Wayne/Detroit Metro District/Prob/Par/R |
| 07/25/2017 | Transferred Out ... Institutional or Caseload | Detroit Reentry Center | Wayne/Detroit Metro District/Prob/Par/R |
| 07/11/2017 | Transfer In ... Institutional or Caseload | Wayne/Detroit Metro District/Prob/Par/R | Detroit Reentry Center |
| 07/11/2017 | Transferred Out ... Institutional or Caseload | Wayne/Detroit Metro District/Prob/Par/R | Detroit Reentry Center |
| 07/11/2017 | Held Under Custody | Outside MDOC Jurisdiction | Wayne/Detroit Metro District/Prob/Par/R |
| 06/21/2017 | Absconder from Parole | Wayne/Detroit Metro District/Prob/Par/R | Outside MDOC Jurisdiction |
| 04/19/2016 | First Parole | CENTRAL MICHIGAN CORRECTIONAL | Wayne/Detroit Metro District/Prob/Par/R |
| 12/23/2014 | Transfer In ... Institutional or Caseload | GUS HARRISON CORRECTIONAL FAC | CENTRAL MICHIGAN CORRECTIONAL |
| 12/23/2014 | Transferred Out ... Institutional or Caseload | GUS HARRISON CORRECTIONAL FAC | CENTRAL MICHIGAN CORRECTIONAL |
| 11/13/2014 | Transfer In ... Institutional or Caseload | MICHIGAN REFORMATORY | GUS HARRISON CORRECTIONAL FAC |
| 11/13/2014 | Transferred Out ... Institutional or Caseload | MICHIGAN REFORMATORY | GUS HARRISON CORRECTIONAL FAC |
| 05/01/2014 | Transfer In ... Institutional or Caseload | CARSON CITY CORRECTIONAL FACIL | MICHIGAN REFORMATORY |
| 05/01/2014 | Transferred Out ... Institutional or Caseload | CARSON CITY CORRECTIONAL FACIL | MICHIGAN REFORMATORY |
| 05/28/2013 | Transfer In ... Institutional or Caseload | CHIPPEWA CORRECTIONAL FACILITY | CARSON CITY CORRECTIONAL FACIL |
| 05/28/2013 | Transferred Out ... Institutional or Caseload | CHIPPEWA CORRECTIONAL FACILITY | CARSON CITY CORRECTIONAL FACIL |
| 11/14/2012 | Transfer In ... Institutional or Caseload | NEWBERRY CORRECTIONAL FACILIT | CHIPPEWA CORRECTIONAL FACILITY |
| 11/14/2012 | Transferred Out ... Institutional or Caseload | NEWBERRY CORRECTIONAL FACILIT | CHIPPEWA CORRECTIONAL FACILITY |
| 06/06/2012 | Transfer In ... Institutional or Caseload | KINROSS CORRECTIONAL FACILITY | NEWBERRY CORRECTIONAL FACILIT |
| 06/06/2012 | Transferred Out ... Institutional or Caseload | KINROSS CORRECTIONAL FACILITY | NEWBERRY CORRECTIONAL FACILIT |
| 06/08/2009 | Transfer In ... Institutional or Caseload | CHARLES EGELER RECEPTION AND | KINROSS CORRECTIONAL FACILITY |
| 06/08/2009 | Transferred Out ... Institutional or Caseload | CHARLES EGELER RECEPTION AND | KINROSS CORRECTIONAL FACILITY |
| 05/14/2009 | New Commitment - Probationer w/ New Sentenc | 06th Circuit Court - Oakland County | CHARLES EGELER RECEPTION AND |
| 02/17/2009 | Transfer Between Offices in Michigan | Wayne/Detroit Greenfield/Probation | Macomb/Mt. Clemens/Probation |

# Michigan Department of Corrections
## Offender Movement Report

**MDOC Nbr.:** 612582

**Offender Name:** THOMPSON, KURTEIZ

**Report Date:** 09/15/2022

**From:** 7/7/2006

**To:** 10/19/2018

| Date | Movement Reason | From | To |
| --- | --- | --- | --- |
| 10/15/2008 | Transfer Between Offices in Michigan | Macomb/Mt. Clemens/Probation | Wayne/Detroit Greenfield/Probation |
| 06/03/2008 | Transfer Between Offices in Michigan | Wayne/Detroit Greenfield/Probation | Macomb/Mt. Clemens/Probation |
| 11/05/2007 | Transfer Between Offices in Michigan | Wayne/Detroit Metro District/Prob/Par/R | Wayne/Detroit Greenfield/Probation |
| 10/01/2007 | Transfer Between Offices in Michigan | Wayne/Detroit EMS/Prob/Par | Wayne/Detroit Metro District/Prob/Par/R |
| 12/11/2006 | Transfer Between Offices in Michigan | Wayne/Detroit Greenfield/Probation | Wayne/Detroit EMS/Prob/Par |
| 12/11/2006 | Reinstated on Probation | Wayne/Detroit Greenfield/Probation | Wayne/Detroit Greenfield/Probation |
| 11/28/2006 | Absconder from Probation | Wayne/Detroit Greenfield/Probation | Wayne/Detroit Greenfield/Probation |
| 07/11/2006 | Report to Office | 03rd Circuit Court - Wayne County | Wayne/Detroit Greenfield/Probation |
| 07/07/2006 | Intake | 03rd Circuit Court - Wayne County | Wayne/Detroit Greenfield/Probation |