UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 2:21−cr−20354−JJCG−APP
                                                  Hon. Jonathan J.C. Grey

Tamar Watkins, et al.,

                Defendant(s),

---

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:   Tamar Watkins, Schuyler Belew Jr., Davun Baskerville, Lawon Carter, Terry Douglas, Spoonie Johnson, Kurteiz Thompson, Brandon Thomas, Javon Wilhite, Gary Porter, Anthony Najera, Naujeh Carter, Fabian Toodle, Earnest Lee, Delaino Eppenger, Devan Turner−Bankhead, Angelo Hopson, Darryl Taylor, Antoine Simmons, Anthony Zigler, Shelton Carter, Artise Johnson, Anthony Reynolds, Winisford Watkins, Dwayne Parler, Charles Douglas, John Johnson, Antione Coleman

    The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  February 5, 2024 at 10:00 AM

    **ADDITIONAL INFORMATION:**   Attorneys Only Required to Appear

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Sandra A Osorio
                                                    Case Manager

Dated:   January 9, 2024