UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                        Criminal No.  21-20354

v.

                                        Hon. Jonathan J.C. Grey

D-13 Lawon Carter,

          Defendant.

---

## NOTICE OF FILING EXHIBITS

---

Notice is hereby given that Government Exhibits 515.8, 621.1, 621.3, 621.11, 621.17, and 621.18 were admitted into evidence at the jury trial and are hereby included in the certified record for purposes of appeal. Copies of these exhibits are attached.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/ Danielle Asher*
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9518
Danielle.Asher@usdoj.gov

Date: October 22, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Criminal No.  21-20354

v.

Hon. Jonathan J.C. Grey

D-13 Lawon Carter,

Defendant.

## LIST OF TRIAL EXHIBITS

| Ex. No. | Description |
|---------|-------------|
| 515.8 | 19654 Algonac search warrant photo (IMG_8445.JPG) |
| 621.1 | 17247 Goddard Search Warrant Photos (IMG_0428.JPG) |
| 621.3 | 17247 Goddard Search Warrant Photos (IMG_0397.JPG) |
| 621.11 | 17247 Goddard Search Warrant Photos (IMG_0425.JPG) |
| 621.17 | 17247 Goddard Search Warrant Photos (IMG_0396.JPG) |
| 621.18 | 17247 Goddard Search Warrant Photos (IMG_0399.JPG) |



GOVERNMENT
EXHIBIT

515.8



GOVERNMENT
EXHIBIT

621.1



60 3-33295 TAX $266,018.73

Approved, SCAO

Original - Court
1st copy - State/Garnishee
2nd copy - Defendant

3rd copy - Return (Proof of Service)
4th copy - Plaintiff

STATE OF MICHIGAN
WAYNE COUNTY CIRCUIT COURT

REQUEST AND WRIT FOR GARNISHMENT (INCOME TAX REFUND/CREDIT)

CASE NO.
09 017727 CZ

Court address
CAYMC - TWO WOODWARD AVE Detroit MI 48226

Zip Code 313/224-5510   Court telephone no.

This portion to be completed by the court only.   TO THE GARNISHEE: Make the amount intercepted under this writ payable to and mail to:   ☐ the plaintiff.   ☒ the plaintiff's attorney.   ☐ the court.

Plaintiff's name and address (judgment creditor)

FARMERS INSURANCE EXCHANGE
c/o 3000 Town Center, Suite 2390
Southfield, MI 48075-1387

Defendant's name and address (judgment debtor)

LAWON LERMIRA-JAMES CARTER
17247 GODDARD ST.
DETROIT MI 48212

Plaintiff's attorney, bar no, and address
Susan L. Winters (P41153)
3000 Town Center, Suite 2390
Southfield, MI 48075-1387
38-2149303

Garnishee name and address

Third Party Withholding Unit
Michigan Department of Treasury
PO Box 30785
Lansing, Michigan 48909

Plaintiff attorney telephone no.
(248) 333-1070

REQUEST   Note for item 2: If a civil judgment includes postjudgment interest in the "total judgment" field (as in the forms in use before the 5/07 revision), the interest amount included in item 2 should not include any postjudgment interest already included in the judgment.
1. On September 25, 2009, the plaintiff received judgment against the defendant for:
2. The total amount of postjudgment interest accrued to date is:
   The total amount of postjudgment costs accrued to date is:
3. The amount of the unsatisfied judgment now due (including interest and costs) is:
4. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
5. Plaintiff requests a writ of garnishment to intercept income tax and that is be paid to ☒ plaintiff's attorney, ☐ plaintiff.
I declare that the statements above are true to the best of my information, knowledge, and belief.

$233,009.93
$33,084.75
$2,000.
$0.00
$266,018.73

August 7, 2018
Date

Plaintiff/Agent/Attorney signature   Susan L. Winters (P41153)

WRIT OF GARNISHMENT   To be completed by the court.

TO THE PLAINTIFF:
1. The social security number field is blacked out for security reasons, on all parts except the garnishee copy.
2. You must serve this writ on the state treasurer along with a $6.00 fee and any document request for information related to this garnishment.
3. You must serve a copy of this writ on the defendant within 7 days after serving the writ on the state treasurer.
4. You are responsible for paying to the state treasurer any reasonable costs incurred by the state treasurer in providing information in response to your discovery request.
5. If a state tax refund or credit is not intercepted before October 31 of the year during which this writ of garnishment is to be processed, you will not receive a disclosure unless you file a written request with the state treasurer between November 1 and December 31 of the tax year following the tax year for which this writ was filed.

TO THE DEFENDANT: See Separate instructions.
1. If a state tax refund or credit is intercepted pursuant to this writ, the state treasurer will notify you on a disclosure form.
2. You have 14 days after being notified of an intercept to file objections to the writ of garnishment with the court. If you do not object within this time, the intercepted tax refund or credit held under this writ will be applied to the judgment 28 days after the disclosure was filed with the court.

TO THE GARNISHEE:
1. Upon intercepting a state tax refund or credit, calculate the amount available to satisfy all or part of the garnishment.
2. Within 90 days after establishing any other liability for which the state tax refund or credit may be applied under MCL 205.30a, file with the court a verified disclosure identifying the intercepted amount, less any setoff, counterclaim, or other demand of the state against the defendant.
3. Unless notified by the court that objections to the writ of garnishment have been filed, payment of the intercepted amount must be made not less than 28 days after filing the disclosure.
4. You are ordered to pay the amount intercepted under this writ as stated at the top of this form.

9/17/2018
Date of issue

COURT

/s/ Tashia Marshall
Deputy court clerk

MC 52 (4/16) REQUEST AND WRIT FOR GARNISHMENT (INCOME TAX REFUND/CREDIT) (Part 2)   MCL 600.4061a, MCL 600.4061a

GOVERNMENT
EXHIBIT

621.3



GOVERNMENT
EXHIBIT

621.11



GOVERNMENT
EXHIBIT
621.17



**GOVERNMENT
EXHIBIT
621.18**